# United States District Court
## Violation Notice

| Violation Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| S53 | 9162848 | JUSTICE | 1018 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 08/15/2025 1034
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 1.218 (b)(11)

Place of Offense: 420 N JAMES RD 3RD FLR ORANGE

Offense Description; Factual Basis for Charge:
DISORDERLY CONDUCT: WOULD NOT STOP SCREAMING AND YELLING AND DISRUPTED FACILITY OPERATIONS.

### DEFENDANT INFORMATION
Phone: (614) 517-████

Last Name: BREZDENBACH
First Name: FRED
MI: W

Street Address: [REDACTED]

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
Court Address: U.S. District Court, 85 Marconi Blvd., Ctrm 228, Columbus, Ohio 43215, 614-719-3023
Date: 10/15/25
Time: 11:00

X Defendant Signature: REFUSED TO SIGN

Original - CVB Copy

*9162848*

---

(For issuance of an arrest warrant or summons)

I state that on 8/15, 20 25 while exercising my duties as a law enforcement officer in the Southern District of OHIO

SEE ATTACHED STATEMENT

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/2025
Officer Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident